4

To: Michigan Eastern Probation Office Room 901        Date: July 23, 2020

Attn: Honorable Judge Gerald Rosen

From: Dwight Coates   Register # 48371-039

C/o: FCI-Oakdale II P.O. Box 5010, Oakdale, LA. 71463

Case # 13CR20303-4

Re: Compassionate Release OR Home Confinefinment

Your Honor, I am contacting you in regards to a request I forwarded to the Warden here at FCI-Oakdale Mr. Merindeno (which he denied). I have been incarcerated for 6 yrs. and 5 mos. now and has served the last 2 yrs. here at FCI-Oakdale. I was sentenced by your Court to 110 months and have a projected release date of 01-24-2023. This letter is in lieu of a request I forwarded for a Compassionate Relese/ Home Confinement due to the ongoing COVID-19 Pandemic. The outbreak of the virus here at Oakdale has claimed as many as 9 inmate lives to date and over 30+ have contracted the virus as well as Correctional Officers and Staff. I request a Compassionate Release/ Home Confinement from the Warden because **I am in fear for my safety and well being here at Oakdale and request help from your Court to obtain counsel via public defender to assist me with the procedure of applying for a Compassionate Release/ Home Confinement. I am a 47 year old African American male with hypertension/ high blood pressue** and suffer from epilepsy which is a seizure disporder, I am on medication for my ailments but fear that if I contract the virus it puts me at great risk due to the combination of my age and health issues. The FBOP is on a National Lockdown and therefore I cannot be relocated to another facility at this time due to the COVID-19 situation. On a second topic, I was set to attend the 'RDAP' Program (which you recommended at sentencing), unfortunately I am not able to attend the program because they do not have it available here at FCI-Oakdale, that would've giving me a year off my sentence once I completed the 9 month program. I am srtuggling with this as well because had they never errored my jail credit time I was due I would have already been in the program and completed it by now. I spent over 2 years trying to get the FBOP to correct the error and they finally put it up for review September 9, 2019 and gave me the credit just this past Feb. 20, 2020 but right before I was set to be transferred to a 'RDAP' facility the COVID-19 Pandemic happened So I am requsting aasistance with a Compassionate Release or Home Confinement.

page 2.

In continuing from the previous page. Your Honor if you could as an alternative to the Compassionate Release/ home Confinement. I enclosed a letter that I received from The Regional Office of the BOP and as you can observe it states that the 1 year I served at TDCJ (Texas Dept. of Criminal Justice) State Jail from 06-27-2016 until 06-27-2017. I did not receive credit for that time and was told via the letter enclosed that my sentencing Court can only grant me that 1 year nunc pro tunc or as a reteroactive designation. I am bringing light to this matter in lieu that maybe you can grant me the 1 year, then that will allow me to be released as soon as next year in which that will suffice if I can't get a Compassionate Release. Your Honor my mother Mrs. Denise Coates- King, who is a widow, was diagnosed with Colon Cancer recently and shortly after suffered from a stroke in which she has had to quit here job as a housekeeper at a Children's Hospital in Louisville, KY., she has to began physical therapy to restore the use of here limbs on her right side due to the stroke and has to start Chemo- Therapy soon to try to control the Cancer. Sir I am bringing up these issues because I need to be by my Mom's side and she only has one other family member with here there in Kentucky, I want to be able to help support her as she has supported me all my life. I am aware that the mistakes I have made in the past has put a strain on my life and I am making the adjustments needed to be a better person, son, father and family member. I pray that you regonize my sincerity. Any way that you can assist me would be helpful and I am grateful for your time and consideration in regards to these issues, Thank You and God Bless.

Respectfully x *Dwight D. Coates*

Date: July 23, 2020



**U.S. Department of Justice**

Federal Bureau of Prisons

---

Designation and Sentence Computation Center

U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas 75051

February 24, 2020

Dwight Deon Coates                                    (Via Email to CMC)
c/o FCI Oakdale II
Federal Register No. 48371-039
Case No. 13CR20303-4

Mr. Coates:

   This is in response to your request for credit toward your federal sentence for time spent in state custody. Pursuant to Bureau of Prisons (Bureau) Program Statement 5160.05, <u>Designation of State Institution for Service of Federal Sentence</u>, the Bureau considers an inmate's request for prior custody credit for time spent in state custody as a request for a nunc pro tunc or retroactive designation. There is no order or recommendation by the court regarding the service of your federal sentence with your later-imposed state sentence. As required by policy, the federal sentencing court will be contacted for its position on the concurrency of your federal sentence with your later-imposed state sentence.

   Should the Court indicate your federal sentence is to run concurrently with your state sentence, the Bureau will attempt to carry out the intent of the Court, while calculating your sentence in accordance with Federal statute and Bureau policy. Should the Court indicate your federal sentence is to run consecutively to your state sentence, you will continue to your current projected release date.

                                                Sincerely,

                                                **MANDEE EANES**
                                                Digitally signed by MANDEE EANES
                                                Date: 2020.02.24 12:32:51 -06'00'

                                                Mandee Eanes
                                                Management Analyst

cc:   CMC

Dwight Coates # 48371-039
FCI- Oakdale II
P.O. Box 5010
Oakdale, LA. 71463

RECEIVED
JUL 31 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

Attn: Honorable Judge Gerald Rosen
Michigan Eastern Probation Office Room 901
Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI. 48226

SHREVEPORT LA 710
22 JUL 2020 PM 3 L

7/22/20